## SCHEDULE OF PRETRIAL AND TRIAL DATES

CASE NAME**:** Jasmine Thompson, et al. v. Eothen Egon Alapatt et al.

CASE NO: 2:23-cv-08966-DSF-E

| Matter | Time | Weeks before trial | Plaintiff(s) Request | Defendant(s) Request | Court Order |
|---|---|---|---|---|---|
| Trial (jury)(court) (length 3/4 days) **(Tuesday)** | 8:30 am | | 11/19/24 | 11/19/24 | |
| Pretrial Conference, LR 16; Hearing on Motions in Limine **(Monday)** | 3:00pm | 4 | 10/28/24 | 10/28/24 | |
| Trial Documents (Set Two) **All Trials:** Lodge Pretrial Conference Order, LR 16-7; File Oppositions to Motions in Limine **Jury Trial Only**: File Agreed Set of Jury Instructions and Verdict Forms; Statement Regarding Disputed Instructions and Verdict forms | | 6 | 9/30/24 | 9/30/24 | |
| Trial Documents (Set One) **All Trials:** File Memo of Contentions of Fact and Law, LR 16-4; Exhibit & Witness Lists, LR 16-5, 6; Status Report Regarding Settlement; Motions in Limine (no more than five motions per side may be filed without Court permission) **Court Trial Only**: Lodge Findings of Fact and Conclusions of Law, LR 52; File Summaries of Direct Testimony (optional) | | 7 | 9/23/24 | 9/23/24 | |
| Last day to conduct ADR Proceeding, LR 16-15 | | 12 | 8/19/24 | 8/19/24 | |
| Last day to **hear** motions (except motion to amend pleadings or add parties and motions in limine), LR 7 **(Monday)** | | 14 | 8/5/24 | 8/5/24 | |
| Non-expert Discovery Cut-off | | 21+ | 6/17/24 | 6/17/24 | |
| Expert Disclosure (initial) | | | 4/15/24 | 4/15/24 | |
| Expert Disclosure (rebuttal) | | | 5/13/24 | 5/13/24 | |
| Expert Discovery Cut-off | | 21+ | 6/17/24 | 6/17/24 | |
| Last day to **hear** motion to amend pleadings or add parties **(Monday)** | | 32+ | 4/1/24 | 4/1/24 | |

LR 16-15 ADR Choice: ☐ 1. USMJ     ☐ 3. Outside ADR

☐ 2. Attorney Settlement Panel

10