1
2
3
4
5
6
7

8      UNITED STATES DISTRICT COURT

9      CENTRAL DISTRICT OF CALIFORNIA

10

11  JASMINE THOMPSON, an individual, and GAS DRAWLS, LLC, a Georgia limited liability company,

Plaintiffs,

vs.

EOTHEN "EGON" ALAPATT, an individual, and DOES 1-50,

Defendants.

Case No.  2:23-cv-08966-DSF-E

[PROPOSED] ORDER RE: STIPULATED PROTECTIVE ORDER

1    The Court, having reviewed and considered the Stipulated Protective Order
2  filed by Plaintiffs Jasmine Thompson and Gas Drawls, LLC, and Defendant Eothen
3  "Egon" Alapatt, and good cause being shown, IT IS HEREBY ORDERED THAT the
4  request for entry of the Stipulated Protective Order is GRANTED.

6  IT IS SO ORDERED.

9  Dated: __March 7__, 2024        _____/S/ CHARLES F. EICK_____
                                   HONORABLE CHARLES F. EICK
                                   UNITED STATES MAGISTRATE JUDGE