Miles M. Cooley, Esq. (SBN: 206783)
Summer E. Benson, Esq. (SBN: 326398)
LINER FREEDMAN TAITELMAN + COOLEY, LLP
1801 Century Park West, 5th Floor
Los Angeles, CA 90067
Telephone: (310) 201-0005
Facsimile: (310) 201-0045
Email: mcooley@lftcllp.com
       sbenson@lftcllp.com

Attorneys for Plaintiffs Jasmine Thompson and Gas Drawls, LLC

Kenneth D. Freundlich, Esq.
Jonah A. Grossbardt, Esq.
FREUNDLICH LAW
16133 Ventura Blvd. Ste. 1270
Encino, CA 91436
Telephone: (818) 377-3790
Facsimile: (310) 275-5351
Email: ken@freundlichlaw.com
       jonah@freundlichlaw.com

Attorneys for Defendant Eothen "Egon" Alapatt

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASMINE DUMILE THOMPSON, in her capacity as administrator of the Estate of Dumile Daniel Thompson, and GAS DRAWLS, LLC, a Georgia limited liability company,<br><br>Plaintiffs,<br><br>vs.<br><br>EOTHEN "EGON" ALAPATT, an individual, and DOES 1-50<br><br>Defendants. | Case No.: 2:23-cv-08966-DSF-E<br><br>*Assigned to the Hon. Dale S. Fischer*<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)**<br><br>*Filed concurrently with [Proposed] Order* |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiffs Jasmine Thompson ("Thompson") and Gas Drawls, LLC ("Gas Drawls") (collectively, "Plaintiffs") and Defendant Eothen "Egon" Alapatt ("Defendant" or "Alapatt") (together with Plaintiffs, the "Parties"), by and through their counsel of record, hereby stipulate and jointly move to dismiss this action in its entirety with prejudice. Each party will bear its own costs and attorneys' fees.

Respectfully submitted.

**IT IS SO STIPULATED.**

Dated: February 28, 2025      LINER FREEDMAN TAITELMAN + COOLEY, LLP

By:  */s/ Miles M. Cooley*
Miles M. Cooley, Esq.
Summer E. Benson, Esq.
Attorneys for Plaintiffs,
Jasmine Thompson and Gas Drawls, LLC

Dated: February 28, 2025      FREUNDLICH LAW, APC

By:  */s/ Kenneth D. Freundlich*
Kenneth D. Freundlich, Esq.
Jonah A. Grossbardt, Esq.
Attorneys for Defendant,
Eothen "Egon" Alapatt

**Signature Attestation**

Pursuant to Local Rule 5-4.3.4(a)(2), I hereby certify that counsel of record for Defendant Eothen "Egon" Alapatt concurs in the content of this document and has authorized me to affix his electronic signature for filing.

Dated: February 28, 2025   LINER FREEDMAN TAITELMAN + COOLEY, LLP

By: */s/ Miles M. Cooley*
    Miles M. Cooley, Esq.
    Summer E. Benson, Esq.
    Attorneys for Plaintiffs,
    Jasmine Thompson and Gas Drawls, LLC